FILED
SEP 14 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 2:07CR203-MHT |
| ) | [21 USC § 841(a)(1)] |
| LAVAR WILLIAMS, ) | |
| a/k/a EGG BIRD ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about July 2, 2007, in Montgomery County, in the Middle District of Alabama, the Defendant,

　　　　　　　　LAVAR WILLIAMS, a/k/a EGG BIRD,

did knowingly and intentionally distribute approximately 62 grams of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about July 5, 2007, in Montgomery County, in the Middle District of Alabama, the Defendant,

　　　　　　　　LAVAR WILLIAMS, a/k/a EGG BIRD,

did knowingly and intentionally distribute approximately 63 grams of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

A. Counts 1 through 2 of this Indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violations of Title 21, United States Code, Section 841(a)(1) as alleged in Counts 1 through 2 of this Indictment, the Defendant,

LAVAR WILLIAMS, a/k/a EGG BIRD,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said Defendant obtained, directly or indirectly, as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Counts 1 through 2 of this Indictment.

C. If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the Defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said Defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
JOHN T. HARMON
Assistant United States Attorney

*[signature]*
CHRISTA D. DEEGAN
Assistant United States Attorney

3