IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr203-MHT |
| | ) | |
| LAVAR WILLIAMS | ) | |

## MOTION TO CONTINUE DETENTION HEARING

**COMES NOW** the Defendant, Lavar Williams, by and through undersigned counsel, Jennifer A. Hart, and moves this Honorable Court to continue the Detention Hearing in this case which is presently scheduled for October 3, 2007. As grounds for granting this Motion, Defendant would show the following:

1. The Federal Defender Office was appointed to represent Mr. Williams on September 28, 2007 with respect to allegations involving drug trafficking.

2. While reviewing discovery, the undersigned counsel discovered that a conflict of interest exists between Mr. Williams and a former client of the Federal Defender Office. As such, the undersigned will be filing a Motion to Withdraw from the case and will request that a CJA Panel attorney be appointed to represent Mr. Williams in all further proceedings.

3. In order that a new attorney may be appointed and prepare for the hearing, Mr. Williams requests that his Detention Hearing be continued until next week.

**WHEREFORE**, for the foregoing reasons, Mr. Williams respectfully requests that the Court grant this Motion and continue the Detention Hearing until one day next week

.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christa Deegan, Esq.
Assistant U. S. Attorney
131 Clayton Street
Montgomery, Alabama  36104.

                                Respectfully submitted,

                                s/Jennifer A. Hart
                                **JENNIFER A. HART**
                                FEDERAL DEFENDERS
                                MIDDLE DISTRICT OF ALABAMA
                                201 Monroe Street, Suite 407
                                Montgomery, AL 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                jennifer_hart@fd.org
                                AL Bar Code: HAR189