## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr203-MHT |
| ) | |
| LAVAR WILLIAMS ) | |

### MOTION TO WITHDRAW
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Lavar Williams. In support of this Motion, counsel states the following:

1. The Federal Defender Office was appointed to represent Mr. Williams on September 28, 2007 with respect to allegations involving drug trafficking.

2. While reviewing discovery, the undersigned counsel discovered that a conflict of interest exists between Mr. Williams and a former client of the Federal Defender Office. As such, the undersigned will be filing a Motion to Withdraw from the case and will request that a CJA Panel attorney be appointed to represent Mr. Williams in all further proceedings.

WHEREFORE, undersigned counsel prays that the Office of the Federal Defender be permitted to withdraw from the representation of Mr. Williams and a CJA panel attorney be appointed.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christa Deegan, Esq.
Assistant U. S. Attorney
131 Clayton Street
Montgomery, Alabama  36104.

                Respectfully submitted,

                s/Jennifer A. Hart
                **JENNIFER A. HART**
                FEDERAL DEFENDERS
                MIDDLE DISTRICT OF ALABAMA
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                jennifer_hart@fd.org
                AL Bar Code: HAR189