IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr203-MHT |
| | ) | |
| LAVAR WILLIAMS | ) | |

### ORDER

Upon consideration of defendant's motion to continue (Doc. # 8), filed October 2, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The detention hearing/arraignment previously scheduled for October 3, 2007 at 9:30 a.m. hereby is rescheduled to 3:00 p.m. on October 11, 207 in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 3rd day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE