IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:07cr203-MHT
)
LAVAR WILLIAMS )

## ORDER

Upon consideration of defendant's attorney Jennifer Hart's motion to withdraw (Doc. # 9), filed October 3, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. J. Carlton Taylor, a CJA panel attorney, is appointed to represent the defendant in the above-referenced case. The appointed attorney shall file a written notice of appearance with this court.

DONE, this 4th day of October, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE