IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | DOCKET NO. 2:07-cr-00203-MHT-SRW |
| ) | |
| LAVAR WILLIAMS ) | |
| ) | |
| Defendant | |

### NOTICE OF APPEARANCE

Comes now Valerie M. Smedley and files her notice of appearance as **Retained** counsel for the defendant in the above-styled cause. In making this appearance, counsel requests:

1. That notices of continuances, trial setting, docket setting, or otherwise announcements or notices regarding said case be forwarded to her at her address provided herein.

2. That the name of counsel be entered herein on the appropriate court records.

Respectfully submitted this 10th day of October, 2007.

__s/Valerie M. Smedley_____
**VALERIE M. SMEDLEY SME003**
**Attorney for Defendant**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596 Telephone
(334) 230-9566 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon the U. S. Attorney's Office, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, by hand delivering or by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed on this 10th day of October, 2007.

      __s/Valerie M.Smedley_____
      **VALERIE M. SMEDLEY**
      **Attorney for Defendant**