**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **2:07-CR-203-MHT** |
| | ) | |
| | ) | |
| | ) | |
| **LAVAR WILLIAMS,** | ) | |

### MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this

Motion to Withdraw as Counsel in the above styled case.  Counsel has been advised

that the Defendant has retained counsel, the Honorable Valerie Smedley, in this matter.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned respectfully

requests that this Motion be granted.

**DATED**, this the 10th day of October, 2007.


/s/  J. Carlton Taylor
J. CARLTON TAYLOR (TAY058)
Attorney for the Defendant

J. Carlton Taylor
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 10th day of October, 2007.


/s/  J. Carlton Taylor
 J. CARLTON TAYLOR (TAY058)
 Attorney for the Defendant

Christa Deegan
U.S. Attorney's Office

John T. Harmon
US Attorney's Office
PO Box 197
Montgomery AL 36101-0197