IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr203-MHT |
| | ) | |
| LAVAR WILLIAMS | ) | |

### **ORDER**

Upon consideration of defendant's attorney J. Carlton Taylor's motion to withdraw (Doc. # 15), filed October 10, 2007, and for good cause, it is

ORDERED that the motion is GRANTED. Retained counsel Valerie Smedley has entered a notice of appearance on behalf of the defendant.

DONE, this 11th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE