IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr203-MHT |
| | ) |
| LAVAR WILLIAMS | ) |

## **ORDER**

Upon consideration of the motion to substitute counsel filed by the United States on October 11, 2007, it is

ORDERED that the motion is GRANTED.

DONE, this 11th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE