IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr203-MHT |
| | ) | |
| LAVAR WILLIAMS | ) | |

**ORDER**

Upon consideration of the government's motion to withdraw motion for detention (Doc. # 26), filed October 17, 2007, and for good cause, it is

ORDERED that the motion is GRANTED to the extent that the detention hearing will not go forward, and a bond hearing is scheduled for Friday, October 26, 2007 at 1:30 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 24th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE