IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr203 |
| LAVAR WILLIAMS | ) | |

### ORDER

This case is now before the court on defendant Lavar Williams's motion to continue trial. In light of the fact that the government has no objections to the continuance motion and for the reasons set forth below, the court concludes that the continuance motion should be granted.

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir.), cert. denied, 479 U.S. 823 (1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an ... indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the ... indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The court concludes that, in this case, a continuance is necessary. The trial is currently scheduled for December 10, 2007, but Williams is currently working with the government, and his work will not be completed by the scheduled trial date. Thus, the ends of justice served by granting a continuance outweigh the interest of the public and Williams in a speedy trial. Accordingly, it is ORDERED as follows:

(1) Defendant Lavar Williams's motion to continue (Doc. No. 31) is granted.

(2) Defendant Williams's trial and jury selection are continued to the criminal term of court commencing March 17, 2008.

DONE, this the 16th day of November, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**