IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:07cr203-MHT
)
LAVAR WILLIAMS )

## ORDER

For good cause, it is

ORDERED that the court's pretrial conference order (Doc. # 35), entered November

27, 2007 be and hereby is VACATED.  This was entered in error.

DONE, this 27th day of November, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE