**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:07cr203-MHT** |
| | ) | |
| **LAVAR WILLIAMS** | ) | |

## O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation (doc. no. 48) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE, this the 14th day of March, 2008.


        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE