AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

LAVAR WILLIAMS

**NOTICE**

CASE NUMBER: 2:07cr203-MHT

| TYPE OF CASE: | ☐ CIVIL | X CRIMINAL |
|---|---|---|

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex  2FMJ One Church Street Montgomery, AL 36104 | 5/21/08 @ 10:00 a.m. | 5/21/2008 @ 1:30 p.m. |

*Debra P. Hackett*

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

5/20/08

DATE

(BY) DEPUTY CLERK