IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-203-MHT |
| | ) | |
| LAVAR WILLIAMS | ) | |

MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5K1.1, and Title 18, USC, § 3553(e), respectfully requests this Honorable Court to downwardly depart one (1) level, in the sentence that would otherwise be imposed on the Defendant, and as reasons therefore, submits the following:

1.   The United States herein states that the Defendant has provided substantial assistance in an investigation of federal narcotics law violations in the Middle District of Alabama.

2.   The United States submits that it will consider a further motion for a sentence reduction pursuant to Federal Rules of Procedure, Rule 35, should the Defendant continue to cooperate with federal agents and the United States, and be ready, willing and able to testify in trials of the violators of federal law.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range. This motion seeks a departure of one (1) level.

Respectfully submitted this the 20th day of May, 2008.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Susan R. Redmond
                SUSAN R. REDMOND
                Assistant United States Attorney
                131 Clayton Street
                Montgomery, Alabama 36104
                Telephone: (334) 223-7280
                Fax: (334) 223-7138
                susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-203-MHT |
| | ) | |
| LAVAR WILLIAMS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Valerie Smedley.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7138
susan.redmond@usdoj.gov